UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
APR 2 8 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDRE NELSON,
James Jackson →A.K.A
Juan Howard

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

10 C 2619
Judge Joan H. Lefkow
Magistrate Judge Arlander Keys

vs.

Cook County Jail
P.O.B 089002
Chicago, IL 60608

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: ANDRE NELSON ~~Andre Nelson~~

B. List all aliases: (James Jackson) (Juan Howard)

C. Prisoner identification number: #20091202222

D. Place of present confinement: Cook County Jail

E. Address: 2600 S, California,

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: _____

Title: _____

Place of Employment: _____

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[Handwritten margin note, left side, vertical]: They conspired their names tags only signature forgis reviling his privacy violations of 1971, Post, 12, 11, 2010, to protect Thirst reveling themselves only signatures of the nurses violations

[Handwritten note bottom]: 3/11/2010 or March/11/2010

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _NONE_

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

THE OFFICERS SARGENTS LT CAPTAINS DID NOT HAVE (NAME TAGS) SO I COULD NOT WRITE THEM DOWN, BUT CERMAK HAS PICTURES OF MY FRACTURED RIBS)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON FEB 11TH I was FORCED to MOVE INTO A ROOM WITH ANOTHER PERSON WHO HAD A BOTTOM BUNK PERMIT, SO THAT PLACES ME AT THE TOP BUNK TO CLIMB UP WITH BROKEN OR INJURED RIBS.

I HAVE BEGGED THE OFFICERS TO SEND ME TO DISPENCERY, CAUSE I WAS SPITTING UP BLOOD ON THE 3 TO 11 SHIFT, CAUSE THIS OFFICER MOVED ME FROM MY BOTTOM BUNK → CELL 1423 TO CELL 1424 AND PLACED ME AT THE TOP BUNK. I ALSO HAD BLOOD IN MY URINE ON FEB 12TH & MY CELLMATE DARCY STAMPS #20100215172 COOK COUNTY JAIL WAS A WITNESS TO ME BEING MOVED INTO HIS CELL → WITH HIS BROKEN FOOT AND LEG. I HAD TO CLIMB DOWN AND SPITTED UP A LOT OF BLOOD INTO THE SINK, IT DIDN'T MAKE IT

①

TOILET, WE ASK FOR HELP but I was denied, THIS FEMALE OFFICER also covered up her name so I could not see, covering up her tracks of denying ~~THE~~ ~~HELP~~ HELP IN A TIME OF CRISIS. It also happend on FEB 19TH, 23rd and 27TH I was spitting up BLOOD, and blood in my urine on those dates but was denied, I was scared to death. So on march 2nd I was moved to cell 1402 with cellmate ANTHONY OUSLEY #20006457 to the top Bunk Again so I filled out A DETAINEE GRIEVANCE ON → 3/10/2010, CAUSE from march 2nd to march 11TH I was placed to the top bunk again spitting up blood and in my urine again → and denied any help from → OFFICERS, SARGENTS, LT. and CAPTAINS when I advised them of my painful situation all the above forced me into my cell → 1402 and 1424 with no one to see me or help me, I was in dreadful pain, blood coming out of my nose also → I did not think I would not see another day. I could not call my family → cause of phone restriction. PLEASE HELP ME → somebody, I am scared for my life, there is even more to tell → I was struck by a sargent, and pushed by A LT. at Cook County Jail on the 11pm to 7am shift,

Revised 9/2007

**V.  Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) I went threw PURE PAIN FOR **36 days.** I would LIKE THE COURT TO AWARD ME $1,000 A day FOR MY PAIN, and SUFFERING FOR **36 days** → and CAUSE OF THEIR UNPROFESSIONAL WAY OF DENYING ME HEALTH CARE IN A TIME OF CRISIS → PLEASE AWARD ME THIS, I WILL NEVER BE HEALED MENTALLY CAUSE OF THIS.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 **10**

Andre nelson → A.K.A James Jackson
(Signature of plaintiff or plaintiffs)

ANdre NEISON → A.K.A JAMES JACKSON
(Print name)

#2009/202222 COOK COUNTY Jail NUMBER
(I.D. Number)

JAMES JACKSON #2009/202222
1 P.O.X. 089002
Chicago, IL 60608
(Address)

6

Revised 9/2007

Part-A / Control #: _____X_____

Referred To: SUPT. DIV #10

[X] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Jackson   First Name: James

ID #: 2009-1202222   Div.: 10   Living Unit: 1D   Date: 3/10/2010

BRIEF SUMMARY OF THE COMPLAINT: On February 12th I was moved from cell 23-1D to cell 24-1D. My cellmate in cell 24-1D has a low bunk permit, I also have a low bunk permit. I told the officer Ms. Ousley that I needed a low bunk when she moved me but she refused to do anything about it. I have told every officer that worked this tier and no one has helped me get a low bunk. On March 2nd I was moved from cell 24-1D to cell 2-1D and my new cellmate has a low bunk permit as well. I'm experiencing a great deal of pain and suffering from climbing up to the top bunk everyday.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: I would like the CCDOC staff to comply with my Doctor perscribed low bunk permit.

DETAINEE SIGNATURE: James Jackson

C.R.W.'S SIGNATURE: [signature]   DATE C.R.W. RECEIVED: 3/11/10

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" ... grieved or appealed through the use of a grievance form. All appeals must be made in writing ... submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK ... ETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

*Please Note :*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

Detainee's Last Name: **JACKSON**  First Name: **JAMES**

ID#: **2009-1202222**  Div: **10**  Tier/LivingUnit: **10-2**

Date of Request: **3/10/10**  Date C.R.W. Received Request: **3/11/10**

This request has been processed by: **G. LEWANSKI**  C.R.W.

**Summary of Request:**
DETAINEE REQUESTS LOWER BUNK/BED AS PRESCRIBED BY DOCTOR.

**Response and/or Action Taken:**
DETAINEE HAS A LOWER BUNK

Sgt Farris
(Print- name of individual responding)

(Signature of individual responding)  Date: **3/18/2010**  Div./Dept. **10**

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )